George Torgun (Bar No. 222085)
Nicole C. Sasaki (Bar No. 298736)
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 735-9700
Facsimile: (510) 735-9160
Email: george@baykeeper.org
Email: nicole@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES F. TAYLOR dba PINOLE RODEO AUTO WRECKERS,<br><br>Defendant. | Civil No. 4:15-cv-05825-MEJ<br><br>REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES; [PROPOSED] ORDER<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*)<br><br>Honorable Maria-Elena James |

1  WHEREAS, on December 18, 2015, Plaintiff San Francisco Baykeeper ("Plaintiff") filed the
2  above-entitled action;
3  WHEREAS, Plaintiff's deadline to serve the complaint on Defendant James F. Taylor
4  ("Defendant") is March 17, 2016, pursuant to Fed. R. Civ. P. 4(m);
5  WHEREAS, on February 17, 2016, Plaintiff transmitted to Defendant a Request for Waiver of
6  the Service of Summons, and is awaiting receipt of Defendant's Executed Waiver of the Service of
7  Summons;
8  WHEREAS, Plaintiff and Defendant (collectively, the "Parties") have been working together
9  in good faith to reach a settlement agreement in this action;
10 WHEREAS, the Court's Order Setting Initial Case Management Conference and ADR
11 Deadlines ("Scheduling Order") set the initial Case Management Conference in this matter for March
12 17, 2016 at 10:00 a.m.;
13 WHEREAS, the Scheduling Order states that if the Initial Case Management Conference is
14 continued, the other deadlines are continued accordingly;
15 WHEREAS, the Parties desire to continue informal negotiations in good faith, and anticipate
16 reaching a final settlement in this action within the next ten (10) weeks;
17 WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the Case Management
18 Conference for May 5, 2016, at 10:00 a.m., or at such later date that is convenient for the Court, in
19 order to give the Parties a chance to complete settlement negotiations without involving the resources
20 of the Court;
21 WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the deadline to file the
22 Parties' ADR certifications and stipulations to ADR process or notices of need for an ADR phone
23 conference no later than one week before the Case Management Conference;
24 WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the deadline to file the
25 Parties' Rule 26(f) Report and Joint Case Management Statement no later than one week before the
26 Case Management Conference;
27
28

REQUEST TO CONTINUE CMC --   Civil No. 4:15-cv-05825-MEJ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the deadline to file the Parties' initial disclosures or objections in their Rule 26(f) Report no later than one week before the Case Management Conference;

WHEREFORE, Plaintiff respectfully requests the Court to approve and enter the Proposed Order below.

DATE: February 23, 2016                    Respectfully Submitted,

/s/ Nicole C. Sasaki
———————————————
Nicole C. Sasaki
Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

REQUEST TO CONTINUE CMC -- Civil No. 4:15-cv-05825-MEJ

~~[PROPOSED]~~ ORDER

GOOD CAUSE APPEARING,

1. The Case Management Conference shall be continued to May 5, 2016 at 10:00 a.m.
2. The Parties' ADR certifications and stipulations to ADR process or notices of need for an ADR phone conference shall be filed no later than one week before the Case Management Conference.
3. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be filed no later than one week before the Case Management Conference.
4. The Parties' initial disclosures or objections in their Rule 26(f) Report shall be filed no later than one week before the Case Management Conference.

IT IS SO ORDERED.

Date: February 24, 2016

NORTHERN DISTRICT OF CALIFORNIA

_____
Honorable Maria-Elena James
United States District Court

REQUEST TO CONTINUE CMC -- Civil No. 4:15-cv-05825-MEJ