George Torgun (Bar No. 222085)
Nicole C. Sasaki (Bar No. 298736)
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 735-9700
Facsimile: (510) 735-9160
Email: george@baykeeper.org
Email: nicole@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES F. TAYLOR dba PINOLE RODEO AUTO WRECKERS,<br><br>Defendant. | Civil No. 4:15-cv-05825-MEJ<br><br>REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*)<br><br>Honorable Maria-Elena James |

---

REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT--Civil No. 4:15-cv-05825-MEJ

WHEREAS, on December 18, 2015, Plaintiff San Francisco Baykeeper ("Plaintiff") filed the above-entitled action;

WHEREAS, on February 17, 2016, Plaintiff transmitted to Defendant a Request for Waiver of the Service of Summons;

WHEREAS, on March 9, 2016, Plaintiff received Defendant's executed waiver for service of summons, and Plaintiff filed the executed waiver for service of summons;

WHEREAS, Defendant has chosen to proceed as a *pro se* litigant, and has not appeared in this matter;

WHEREAS, pursuant to Rule 4(d)(3) of the Federal Rules of Civil Procedure, Defendant currently has until April 18, 2016 to respond to the complaint;

WHEREAS, Plaintiff and Defendant (collectively, the "Parties") have been working together in good faith to reach a settlement agreement in this action;

WHEREAS, the Parties desire to extend the time for Defendant to respond to the complaint until May 23, 2016;

WHEREAS, such an extension of time within which to answer or otherwise respond to the complaint will not alter the date of any event or any deadline already fixed by Court Order;

WHEREAS, Plaintiff requests, upon the Court's approval, to extend the time for Defendant to respond to the complaint to May 23, 2016, in order to give the Parties a chance to complete settlement negotiations;

WHEREFORE, Plaintiff respectfully requests the Court to approve and enter the Proposed Order below.

DATE: March 24, 2016                    Respectfully Submitted,

/s/ Nicole C. Sasaki

Nicole C. Sasaki
Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT--Civil No. 4:15-cv-05825-MEJ

~~[PROPOSED]~~ ORDER

GOOD CAUSE APPEARING,

    1. Defendant's time to respond to the complaint shall be extended to May 23, 2016.

IT IS SO ORDERED.

Date: March 24, 2016    NORTHERN DISTRICT OF CALIFORNIA

_____
Honorable Maria-Elena James
United States District Court

REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT-- Civil No. 4:15-cv-05825-MEJ