1  George Torgun (Bar No. 222085)
2  Nicole C. Sasaki (Bar No. 298736)
   SAN FRANCISCO BAYKEEPER
3  1736 Franklin Street, Suite 800
   Oakland, California 94612
4  Telephone: (510) 735-9700
   Facsimile: (510) 735-9160
5  Email: george@baykeeper.org
6  Email: nicole@baykeeper.org

7  Attorneys for Plaintiff
   SAN FRANCISCO BAYKEEPER
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES F. TAYLOR dba PINOLE RODEO AUTO WRECKERS,<br><br>Defendant. | Civil No. 4:15-cv-05825-MEJ<br><br>SECOND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES, AND TO EXTEND TIME TO RESPOND TO COMPLAINT; [~~PROPOSED~~] ORDER<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*)<br><br>Honorable Maria-Elena James |

SECOND REQUEST TO CONTINUE CMC & TO EXTEND TIME TO RESPOND TO COMPLAINT --
Civil No. 4:15-cv-05825-MEJ

1    WHEREAS, on December 18, 2015, Plaintiff San Francisco Baykeeper ("Plaintiff") filed the
2 above-entitled action;

3    WHEREAS, Defendant has chosen to proceed as a *pro se* litigant, and has not appeared in this
4 action;

5    WHEREAS, Plaintiff and Defendant (collectively, the "Parties") have been working together
6 in good faith to reach a settlement agreement in this action;

7    WHEREAS, pursuant to a request by Plaintiff (Dkt. 5), the Court set the initial Case
8 Management Conference in this action for May 5, 2016 at 10:00 a.m., and continued other deadlines in
9 the case (Dkt. 6);

10   WHEREAS, the Parties desire to continue informal negotiations in good faith, and anticipate
11 reaching a final settlement in this action within the next ten (10) weeks;

12   WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the Case Management
13 Conference for July 7, 2016, at 10:00 a.m., or at such later date that is convenient for the Court, in
14 order to give the Parties a chance to complete settlement negotiations without involving the resources
15 of the Court;

16   WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the deadline to file the
17 Parties' ADR certifications and stipulations to ADR process or notices of need for an ADR phone
18 conference no later than one week before the Case Management Conference;

19   WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the deadline to file the
20 Parties' Rule 26(f) Report and Joint Case Management Statement no later than one week before the
21 Case Management Conference;

22   WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the deadline to file the
23 Parties' initial disclosures or objections in their Rule 26(f) Report no later than one week before the
24 Case Management Conference;

25   WHEREAS, pursuant to a request filed by Plaintiff (Dkt. 8), the Court extended Defendant's
26 time to respond to the complaint to until May 23, 2016 (Dkt. 9);

27
28
SECOND REQUEST TO CONTINUE CMC & TO EXTEND TIME TO RESPOND TO COMPLAINT --
Civil No. 4:15-cv-05825-MEJ

WHEREAS, the Parties desire to extend the time for Defendant to respond to the complaint until July 11, 2016;

WHEREAS, such an extension of time within which to answer or otherwise respond to the complaint will not alter the date of any event or any deadline already fixed by Court Order;

WHEREAS, Plaintiff requests, upon the Court's approval, to extend the time for Defendant to respond to the complaint to July 11, 2016, in order to give the Parties a chance to complete settlement negotiations;

WHEREFORE, Plaintiff respectfully requests the Court to approve and enter the Proposed Order below.

DATE: April 25, 2016                         Respectfully Submitted,

/s/ Nicole C. Sasaki
_____

Nicole C. Sasaki
Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

SECOND REQUEST TO CONTINUE CMC & TO EXTEND TIME TO RESPOND TO COMPLAINT --
Civil No. 4:15-cv-05825-MEJ

~~[PROPOSED]~~ ORDER

GOOD CAUSE APPEARING,

1. The Case Management Conference shall be continued to ___July 7, 2016___ at 10:00 a.m.

2. The Parties' ADR certifications and stipulations to ADR process or notices of need for an ADR phone conference shall be filed no later than one week before the Case Management Conference.

3. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be filed no later than one week before the Case Management Conference.

4. The Parties' initial disclosures or objections in their Rule 26(f) Report shall be filed no later than one week before the Case Management Conference.

5. Defendant's time to respond to the complaint shall be extended to July 11, 2016.

IT IS SO ORDERED.


Date: ___April 26, 2016___          NORTHERN DISTRICT OF CALIFORNIA

                                    _____
                                    Honorable Maria-Elena James
                                    United States District Court

SECOND REQUEST TO CONTINUE CMC & TO EXTEND TIME TO RESPOND TO COMPLAINT --
Civil No. 4:15-cv-05825-MEJ