1 | Erica Maharg (Bar No. 279396)
2 | Nicole C. Sasaki (Bar No. 298736)
  | SAN FRANCISCO BAYKEEPER
3 | 1736 Franklin Street, Suite 800
  | Oakland, California 94612
4 | Telephone: (510) 735-9700
5 | Facsimile: (510) 735-9160
  | Email: erica@baykeeper.org
6 | Email: nicole@baykeeper.org

7 | Attorneys for Plaintiff
  | SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES F. TAYLOR dba PINOLE RODEO AUTO WRECKERS,<br><br>Defendant. | Civil No. 3:15-cv-05825-MEJ<br><br>FOURTH REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES, AND TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*)<br><br>Honorable Maria-Elena James |

---

FOURTH REQUEST TO CONTINUE CMC & TO EXTEND TIME TO RESPOND TO COMPLAINT – Civil No. 3:15-cv-05825-MEJ

WHEREAS, on December 18, 2015, Plaintiff San Francisco Baykeeper ("Plaintiff") filed the above-entitled action;

WHEREAS, Defendant has chosen to proceed as a *pro se* litigant, and has not appeared in this action;

WHEREAS, on December 18, 2015, the Court set the initial Case Management Conference for March 17, 2016 (Dkt. 3);

WHEREAS, Plaintiff and Defendant (collectively, the "Parties") have been working together in good faith to reach a settlement agreement in this action;

WHEREAS, to allow time for settlement, on February 23, 2016, Plaintiff requested the Court continue the initial Case Management Conference (Dkt. 5), which the Court granted (Dkt. 6);

WHEREAS, on April 25, 2016, Plaintiff requested the Court again continue the initial Case Management Conference to allow further time for settlement (Dkt. 10), which the Court granted (Dkt. 11);

WHEREAS, pursuant to a third request by Plaintiff (Dkt. 12), the Court set the initial Case Management Conference in this action for September 8, 2016 at 10:00 a.m., and continued other deadlines in the case (Dkt. 15);

WHEREAS, throughout this time, the Parties have continued to negotiate the terms of a settlement agreement;

WHEREAS, the Parties desire to continue informal negotiations in good faith, and anticipate reaching a final settlement in this action within the next six (6) weeks;

WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the Case Management Conference for September 29, 2016, at 10:00 a.m., or at such later date that is convenient for the Court, in order to give the Parties a chance to complete settlement negotiations without involving the resources of the Court;

FOURTH REQUEST TO CONTINUE CMC & TO EXTEND TIME TO RESPOND TO COMPLAINT – Civil No. 3:15-cv-05825-MEJ

WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the deadline to file the Parties' ADR certifications and stipulations to ADR process or notices of need for an ADR phone conference no later than one week before the Case Management Conference;

WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the deadline to file the Parties' Rule 26(f) Report and Joint Case Management Statement no later than one week before the Case Management Conference;

WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the deadline to file the Parties' initial disclosures or objections in their Rule 26(f) Report no later than one week before the Case Management Conference;

WHEREAS, Defendant's deadline to respond to the complaint was initially April 18, 2016;

WHEREAS, on March 24, 2016 and April 25, 2016, Plaintiff requested the Court extend Defendant's time to respond to the complaint, both of which the Court granted (*see* Dkt. 8, 9, 10, 11).

WHEREAS, pursuant to a third request filed by Plaintiff (Dkt. 12), the Court extended Defendant's time to respond to the complaint to August 22, 2016 (Dkt. 15);

WHEREAS, the Parties desire to extend the time for Defendant to respond to the complaint until September 26, 2016;

WHEREAS, such an extension of time within which to answer or otherwise respond to the complaint will not alter the date of any event or any deadline already fixed by Court Order;

WHEREAS, Plaintiff requests, upon the Court's approval, to extend the time for Defendant to respond to the complaint to September 26, 2016, in order to give the Parties a chance to complete settlement negotiations;

WHEREFORE, Plaintiff respectfully requests the Court to approve and enter the Proposed Order below.

DATE: August 17, 2016                             Respectfully Submitted,

/s/ Nicole C. Sasaki

Nicole C. Sasaki
Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

FOURTH REQUEST TO CONTINUE CMC & TO EXTEND TIME TO RESPOND TO COMPLAINT -- Civil No. 3:15-cv-05825-MEJ

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING,

1. The Case Management Conference shall be continued to   December 1, 2016   at 10:00 a.m.
2. The Parties' ADR certifications and stipulations to ADR process or notices of need for an ADR phone conference shall be filed no later than one week before the Case Management Conference.
3. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be filed no later than one week before the Case Management Conference.
4. The Parties' initial disclosures or objections in their Rule 26(f) Report shall be filed no later than one week before the Case Management Conference.
5. Defendant's time to respond to the complaint shall be extended to September 26, 2016.

IT IS SO ORDERED.

Date:   August 18, 2016                           NORTHERN DISTRICT OF CALIFORNIA

                                                  _____
                                                  Honorable Maria-Elena James
                                                  United States District Court