1   Erica A. Maharg (Bar No. 279396)
2   Nicole C. Sasaki (Bar No. 298736)
    SAN FRANCISCO BAYKEEPER
3   1736 Franklin Street, Suite 800
    Oakland, California 94612
4   Telephone: (510) 735-9700
    Facsimile: (510) 735-9160
5   Email: erica@baykeeper.org
6   Email: nicole@baykeeper.org

7   Attorneys for Plaintiff
    SAN FRANCISCO BAYKEEPER
8

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         OAKLAND DIVISION
12

13
    SAN FRANCISCO BAYKEEPER, a non-profit          Civil No. 3:15-cv-05825-MEJ
14  corporation,

15                 Plaintiff,
                                                   NOTICE OF SETTLEMENT AND
16                                                 REQUEST TO VACATE TIME TO
                                                   RESPOND TO COMPLAINT AND CASE
17          v.                                     MANAGEMENT CONFERENCE;
                                                   [PROPOSED] ORDER
18  JAMES F. TAYLOR dba PINOLE RODEO
    AUTO WRECKERS,                                 (Federal Water Pollution Control Act, 33
19                                                 U.S.C. § 1251 et seq.)
                   Defendant.
20
                                                   Honorable Maria-Elena James
21

22

23

24

25

26

27

28

Notice of Settlement & Request to Vacate Time to Respond to Complaint & CMC

Civil No. 3:15-cv-05825-MEJ

1

**TO THE COURT AND TO THE PARTIES:**

2

**PLEASE TAKE NOTICE** that Plaintiff San Francisco Baykeeper and Defendant James F.

3

Taylor dba Pinole Rodeo Auto Wreckers (collectively, the "Parties") have reached a tentative

4

settlement in this action, which has been executed by the Parties.  As required by federal law, a copy

5

of the [Proposed] Settlement Agreement has been sent to the U.S. Department of Justice and to the

6

U.S. Environmental Protection Agency (collectively, the "Agencies") for a mandatory 45-day review

7

period under 33 U.S.C. § 1365(c)(3) and 40 C.F.R. § 135.5.  Copies of the [Proposed] Settlement

8

Agreement will be sent to the Agencies via U.S. Certified Mail on today's date.  Upon expiration of

9

the 45-day review period, Plaintiff will request that the Court (1) approve and execute the [Proposed]

10

Settlement Agreement which provides for continuing Court jurisdiction over any disputes which may

11

arise between the Parties under the agreement, and (2) approve and execute an Order dismissing the

12

Complaint.

13

Therefore, in light of the 45-day statutory review period, which ends on approximately

14

November 3, 2016, Plaintiff requests that the Court vacate from its calendar Defendant's deadline to

15

respond to the complaint on September 26, 2016, and the December 1, 2016 Case Management

16

Conference and associated deadlines, and issue an order that Plaintiff has until November 15, 2016 to

17

file a request to enter the [Proposed] Settlement Agreement.

18

WHEREFORE, Plaintiff respectfully requests that the Court approve and enter the Proposed

19

Order below.

20

DATE: September 19, 2016                              Respectfully Submitted,

21

/s/ Nicole C. Sasaki

22

23

Nicole C. Sasaki
Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

24

25

26

27

28

Notice of Settlement & Request to Vacate Time to Respond to Complaint & CMC
Civil No. 3:15-cv-05825-MEJ

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Defendant's deadline to respond to the complaint on September 26, 2016 and the Case Management Conference set for December 1, 2016 and all associated deadlines are vacated.  The Court sets November 15, 2016 as the deadline for Plaintiff to file a request to enter the [Proposed] Settlement Agreement.

IT IS SO ORDERED.


Date:   September 20, 2016          NORTHERN DISTRICT OF CALIFORNIA


_____

Honorable Maria-Elena James
United States District Court

Notice of Settlement & Request to Vacate Time to Respond to Complaint & CMC

Civil No. 3:15-cv-05825-MEJ